## CRAWFORD v. HALE et al.

(Court of Civil Appeals of Texas. San Antonio. April 23, 1913.)

Appeal from District Court, Frio County; J. F. Mullally, Judge.

Action by Oscar Crawford against J. C. Hale and others. From a judgment for defendants, plaintiff appeals. Affirmed.

Ball & Seeligson and McFarland & Lewright, all of San Antonio, and Mason Maney, of Pearsall, for appellees.

TALIAFERRO, J. This was a suit in trespass to try title in the district court of Frio county. Appellant, who was plaintiff below, appealed from a judgment in favor of appellee. The appellant has failed to file any brief in the lower court or in this court. The appellees have filed their brief and ask for an affirmance of the judgment. We have examined the record, and find no fundamental errors requiring the reversal, and the judgment of the lower court is therefore affirmed.